**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Kimberly A. Posin (*pro hac vice*)
Amy C. Quartarolo (*pro hac* pending)
*Counsel to Xclaim Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MADISON SQUARE BOYS & GIRLS CLUB, INC.<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 22-10910 (SHL) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8003(a), Xclaim Inc. ("**Xclaim**") hereby appeals to the United States District Court for the Southern District of New York from both: (1) the *Memorandum of Decision* [Docket No. 143] issued in the above-captioned chapter 11 case on August 18, 2022 (the "**Opinion**"), and (2) the *Final Order Authorizing Retention and Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Under 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), and Local Rule 5075-1 and Granting Related Relief* [Docket No. 86] entered in the above-captioned chapter 11 case on July 29, 2022 (the "**Order**"), which granted *Debtor's Application for Entry of an Order Authorizing Retention and Appointment of Epiq Corporate Restructuring, LLC*

---

[1] The last four digits of the Debtor's federal tax identification numbers are 6792. The Debtor's mailing address is 250 Bradhurst Avenue, New York, New York 10039.

as Claims and Noticing Agent Under 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), and Local Rule 5075-1 and Granting Related Relief* [Docket No. 2].  A copy of the Opinion and Order are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

In addition, Xclaim has filed *Xclaim's Motion for Entry of an Order Clarifying or Vacating the Court's August 18, 2022 Memorandum of Decision*, which is currently pending before the Bankruptcy Court.  In the event that the Opinion is vacated, Xclaim would voluntarily dismiss this appeal as moot.

The names of all the parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant:**

XCLAIM INC.

Latham & Watkins LLP
*Counsel for Xclaim Inc.*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
By:  Kimberly A. Posin, Esq. (*pro hac vice*)
      Amy C. Quartarolo, Esq. (*pro hac* pending)

**Other Interested Parties:**

DEBTOR MADISON SQUARE BOYS & GIRLS CLUB, INC.

Paul, Weiss, Rifkind, Wharton & Garrison LLP
*Counsel for the Debtor*
1285 Avenue of the Americas
New York, New York 10019
By:  Alan W. Kornbeg, Esq.
      Andrew M. Parlen, Esq.
      William A. Clareman, Esq.
      John T. Weber, Esq.

– AND –

EPIQ CORPORATE RESTRUCTURING, LLC
777 Third Avenue, 12th Floor

New York, New York 10017
By:  Kate Mailloux

– AND –

OFFICE OF THE UNITED STATES TRUSTEE
201 Varick Street, Suite 1006
New York, New York 10014
By:  Andrea Schwartz, Esq.
     Tara Tiantian, Esq.

*Remainder of Page Left Intentionally Blank*

US-DOCS\134942451.5

Dated: September 1, 2022
       Los Angeles, CA

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: /s/ *Kimberly A. Posin*
Kimberly A. Posin (*pro hac vice*)
Amy C. Quartarolo (*pro hac* pending)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: kim.posin@lw.com
      amy.quartarolo@lw.com

*Counsel for Xclaim Inc.*